UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
DISTRICT COURT
INDIANAPOLIS DIVISION

2019 JUN 18  PM 4: 03

SOUTHERN DIST.
OF INDIANA
LARA A. HO...
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KYLAN RAASHAN OLIVER, )<br>)<br>Defendant. ) | Cause No.<br><br>**1 : 19** -cr- **2 1 0** TWP -TAB |

## **INDICTMENT**

The Grand Jury charges that:

Count One

*(18 U.S.C. 922(g)(1) Felon in Possession of a Firearm)*

On or about May 7, 2019, in the Southern District of Indiana, KYLAN RAASHAN OLIVER, defendant herein knowingly, having been convicted of a crime punishable by imprisonment for a term exceeding one year (to wit: felony Burglary of a Dwelling in Marion County Indiana on or about June 1, 2016), did knowingly possess in and affecting interstate or foreign commerce a firearm, that is, a Glock Model 22 .40 caliber handgun, in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1.      Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense

set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or

ammunition involved in" the offense.

A TRUE BILL:

JOSH J. MINKLER
United States Attorney

By:      *M.P. Brady*

Michelle P. Brady
Assistant United States Attorney